USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**YELITZA PICON,** *and on behalf of all other persons similarly situated,*

                  Plaintiff,

-against-

**ANDREA ROSEN GALLERY, INC.,**

                  Defendant.

1:19-cv-07939 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: September 19, 2019
      New York, New York

                                     _____
                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**